# Index of Exhibits

*United States v. Bernal-Cota*

*21CR2274-TWR*

Page

Ex A: Declaration of Professor Kelly Lytle Hernandez ......................................................... 1

Ex B: Immigration Committee Report, "The Eugenical Aspects of Deportation" (February 21, 1926) ................................................................................................................. 9

Ex C: Congressional Record - House 3614 (February 16, 1929) ....................................... 100

Ex D: Congressional Record - House 5887 (April 8, 1924) .............................................. 109

Ex E: Congressional Record - House 2818 (February 9, 1928) ........................................ 125

Ex F: Congressional Record - House 2462 (February 3, 1928) ........................................ 128

Ex G: Immigration Committee Report (January 12, 1926) ............................................... 131

Ex H: Senate Report No. 1456, "Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law" (January 17, 1929) ............................................................................................................... 167

Ex I: Congressional Record - Senate 5094 (January 23, 1929) ......................................... 170

Ex J: House Report No. 2397, "Deportation of Aliens" (February 6, 1929) .................... 172

Ex K: Congressional Record - House 3525 (February 15, 1929) ..................................... 187

Ex L: 70th Cong., Sess. II, Chap. 690 (March 4, 1929) ..................................................... 200

Ex M: Curriculum Vitae of Professor Kelly Lytle Hernández .......................................... 203

Ex N: Curriculum Vitae of Professor Benjamin Gonzalez O'Brien ................................. 219