# EXHIBIT A

 **VARZA ENGINEERING S.A DE C.V.**

**Culiacan, Sinaloa, JUNE 16, 2022.**

**TO WHOM IT MAY CONCERN:**

I am writing to inform you that **MR. PEDRO DE JESUS BERNAL COTA** worked for a company named **VARZA ENGENEERING S.A. DE C.V**. at the position of technical assistant for a period of 2 years. His weekly wages were 3,500.00 pesos. He was a Responsible worker who acted for the benefit of this Company.

This is why I do not hesitate whatsoever to give him a high recommendation. Thank you in advance for your time and whatever assistance you may be able to render him. This letter is written for whatever legal purpose best suitable to the interested party.

SINCERELY

[Illegible signature]

ZAID VILLA SERRANO, ENGINEER

Construction Management

Carretera Internacional Nte. Km. 7.5 La Presita,  Culiacan, Sin. Cell (667) 132 0211  varzaingenieria@gmail.com

[The above one-page letter submitted on behalf of Pedro de Jesus Bernal Cota was translated to the best of my knowledge and ability on June 23, 2022. Raynald Duguay, Interpreter, certified by the California Judicial Council.]